# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Bath Iron Works Corporation ) | ASBCA No. 59265 |
| ) | |
| Under Contract No. N00024-06-C-2303 ) | |

APPEARANCE FOR THE APPELLANT:      D. Joe Smith, Esq.
Jenner & Block LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
Assistant Director

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 December 2016

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59265, Appeal of Bath Iron Works Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals